UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG T. TRAN,<br><br>                              Plaintiff(s),<br><br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC;<br><br>                              Defendant(s). | Case No.   C05-4616-SC<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

   Based on the Stipulation For Dismissal Of Action With Prejudice by and between all Parties, and good cause appearing therefore,

   IT IS HEREBY ORDERED AS FOLLOWS:

   1.   This action is dismissed with prejudice; and

   2.   All parties are to bear their own costs and attorneys' fees.

Dated:   1/8/07

IT IS SO ORDERED
Judge Samuel Conti

The Hon.
United S

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE